ORIGINAL

cc: ∅

1983 FORM Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2022

at _ll_ o'clock and _00_ min. A M
CLERK, U.S. DISTRICT COURT

LS

Ti Lu  Reg. No. 77017-112
Name and Prisoner/Booking Number
FDC Honolulu
Place of Confinement
P.O. Box 30080
Mailing Address
Honolulu, Hawaii 96820
City, State, Zip Code

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Ti Lu

(Full Name of Plaintiff )

vs.

Estella Derr

Dr. Kwon

_____

(Full Names of Defendants; DO NOT USE *et al.* )

Case No. CV22 00122 JMS RT
(To be supplied by the Clerk)

**PRISONER CIVIL RIGHTS COMPLAINT**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: ___Ti Lu_____

   Institution/city where violation occurred: ___FDC Honolulu_____

3. First Defendant *: ___Estella Derr_____

This defendant is a citizen of (state and county) ___Hawaii___ ___Oahu___ ,
and is employed as:

Warden _____ at ___FDC Honolulu_____ .
(Position and Title)                         (Institution)
This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both). Explain how

1

Received By Mail
Date MAR 2 4 2022

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
The Defendant is the warden of FDC Honolulu and responsible for all

policies related to inmates access to medical devices.

4.  Second Defendant:  Dr. Kwon

This defendant is a citizen of (state and county) __Hawaii__
Oahu_____, and is employed as:

Head of Health Services____ at _____FDC Honolulu_____
      (Position and Title)                                      (Institution)

This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

The Defendant is in charge of Health Services at FDC Honolulu and

the Plaintiff is in his care.

5.  Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
      (Position and Title)                                      (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*       A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual
capacity,** you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights.  A suit
against a defendant in their **official capacity** is in reality a suit against the office or position the defendant holds.  Only
injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment**
confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

        "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county,
city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color
of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

1983 FORM Rev. 01/2008

# B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☒ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a.  Plaintiff _____

       Defendants _____

   b.  Court and Case Number (if federal court, identify the district; if state court, identify the county):
       _____

   c.  Claims raised: _____

   d.  Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
       _____

   e.  Approximate date of filing lawsuit _____

   f.  Approximate date of disposition _____

4. Second previous lawsuit:

   a.  Plaintiff _____

       Defendants _____

   b.  Court and Case Number (if federal court, identify the district; if state court, identify the county):
       _____

   c.  Claims raised: _____

   d.  Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
       _____

   e.  Approximate date of filing lawsuit _____

   f.  Approximate date of disposition _____

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

    a.   Plaintiff _____

        Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

        _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.      Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

        **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. <u>See</u> 28 U.S.C. § 1915(g).**

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
   8th Amendment violation against cruel and unusual punishment.

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☒Mail  ☐ Access to the court  ☒Medical care

   ☐ Disciplinary proceedings  ☒Property  ☐ Exercise of religion  ☐Retaliation

   ☐ Excessive force by an officer  ☐Threat to safety  ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

   The Plaintiff was confirmed by Dr. Kwon to diagnosed with Sleep Apnea and Asthma. The Plaintiff was approved by Dr. Kwon for a CPAP machine at that time. However, the Plaintiff was told to buy his own unit and have it shipped in rather than wait 6-8 months on the "waiting list". The Plaintiff received an authorization form on 1/13/2022. The Plaintiff's brother mailed a CPAP machine to the Plaintiff at FDC Honolulu. On 2/22/2022, the unit arrived at FDC Honolulu and was rejected by the institution. Defendant Dr. Kwon is responsible for insuring that his patient (the Plaintiff) has access to necessary medical devices. Defendant Derr (through policy she established) refused to let the Plaintiff have access to the needed device.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
   Sleep deprivation, fatigue and headaches

5

1983 FORM  Rev. 01/2008

## COUNT II

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.  Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should
be stated in a different count)    ☐Mail    ☐ Access to the court    ☐Medical care

☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation

☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

6

1983 FORM Rev. 01/2008

## COUNT III

1.     The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)      ☐Mail      ☐ Access to the court      ☐Medical care

☐ Disciplinary proceedings      ☐Property      ☐ Exercise of religion      ☐Retaliation

☐ Excessive force by an officer      ☐Threat to safety      ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.     Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D.  REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$7500.00 for continued suffering and an Order from the Court to

either immediately supply a CPAP machine to the Plaintiff or

allow the Plaintiff to bring in his own device via US Mail.

 

 

 

 

 

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __18__ day of __March_____, _2022_ .
                                 (month)               (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.