ORIGINAL

CC: JMS/RT/ FILE IN

1983 FORM Rev. 01/2008

Ti Lu   Reg. No. 77017-112
_____
Name and Prisoner/Booking Number
FDC Honolulu
_____
Place of Confinement
P.O. Box 30080
_____
Mailing Address
Honolulu, Hawaii 96820
_____
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 2 2022

at 12 o'clock and 30 min. P M
CLERK, U.S. District Court

LS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Ti Lu
_____
(Full Name of Plaintiff )

vs.

Dr. Kwon
_____

S. Mulitalo
_____

_____

_____
(Full Names of Defendants; DO NOT USE *et al.* )

Case No. _____CV22-00122 JMS RT_____
(To be supplied by the Clerk)

### PRISONER CIVIL RIGHTS COMPLAINT

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

    a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
    b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
    c. ☐ Other: (Please Specify) _____

2. Plaintiff: ___Ti Lu_____

    Institution/city where violation occurred: ___FDC Honolulu_____

3. First Defendant *: ___Dr. Kwon_____

This defendant is a citizen of (state and county) ___Hawaii___ ___Oahu___,
and is employed as:

Head of Health Services (Chief Physician) ___at___ FDC Honolulu.
_____
(Position and Title)                    (Institution)

This defendant is sued in his/her __X__ individual ___ official capacity (check one or both). Explain how

Received By Mail
Date MAY 0 2 2022

1

Mailed On
Date 5/02/2022
LS

1983 FORM  Rev. 01/2008

this defendant was acting under color of law:
The Defendant is the Head of Health Service (Chief Physician) at FDC

Honolulu and the Plaintiff was, and is, in his care.

4. Second Defendant: S. Mulitalo

This defendant is a citizen of (state and county) Hawaii
Oahu                         , and is employed as:

Correctional Systems Officer   at        FDC Honolulu
_____(Position and Title)_____              _____(Institution)_____

This defendant is sued in his/her  X  individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

The Defendant rejected the Plaintiff's medical device.



5.  Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
_____(Position and Title)_____              _____(Institution)_____

This defendant is sued in his/her ___ individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*       A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was actually involved in violating your rights.  A suit against a defendant in their **official capacity** is in reality a suit against the office or position the defendant holds.  Only injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

    a.   Plaintiff _____

        Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

        _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

4. Second previous lawsuit:

    a.   Plaintiff _____

        Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

        _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

3

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

a.    Plaintiff _____

Defendants _____

b.    Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

_____

c.    Claims raised: _____

d.    Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

e.    Approximate date of filing lawsuit _____

f.    Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.    Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes X_No.

**If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM  Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment violation against cruel and unusual punishment

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐Mail    ☐ Access to the court    ☒Medical care    ☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation    ☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

On January 21, 2022, Defendant Kwon signed the Department of Justice form authorizing the receipt of a CPAP machine that the Defendant needs to address his medical issues (see Attached A). The machine was then sent into FDC Honolulu by his brother (Allen Lu) and received by FDC Honolulu on February 22, 2022. When the machine arrived, it was rejected by Defendant S. Mulitalo (see Attached B). The Plaintiff was told that the rejection was directed by administration and specifically Defendant Kwon. The Plaintiff has no documentation regarding exactly who and why the machine was rejected and will seek to subpoena the Defendants and other administrative personnel at FDC Honolulu. However, other inmates in the Plaintiff's unit (5A) have submitted civil actions to the court in the District

***CONTINUED***

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Sleep deprivation and worsening of symptoms related to the Plaintiff's asthma and sleep apnea.

COUNT I SUPPORTING FACTS CONTINUED

of Hawaii for the denial of medical advices. These inmates are David White and Thomas Marler (Case Numbers CV22-00108 LEK KJM and CV22-00159 JMS RT). The reasonable conclusion is that this denial of medical devices is systemic. However, the Honorable Court addressed in its "Leave to Amend" that the individuals at FDC Honolulu could not be sued in their official capacity, even though the individuals are carrying out administrative policy. In the case of Marler, he was denied the ability to bring necessary medical devices into the facility when he self-surrendered. In the case of White, he has his CPAP machine rejected after he had received Defendant Kwon's initial approval only to be rejected in the same fashion as the Plaintiff.

The Honorable Court stated in it's Background that "at an unspecified time, an unspecified person told Lu to buy his own CPAP machine". The directive to buy the machine came from Defendant Kwon and he also initially approved the purchase and delivery on January 13, 202? (see Attached A). Beyond a supervisory role, the Defendant took an active role in the Plaintiff's care and aquisition of his CPAP machine. Defendant Kwon told the Plaintiff that he would have to wait more than 6 months if he wanted FDC Honolulu to supply the machine which left the Plaintiff no other option, but to have his family supply it. Defendant Kwon was aware of the Plaintiff's "Current" medical conditions of sleep apnea and asthma (see Attached C).

The Honorable Court stated in it's "D. Eighth Amendment" section that "[C]ourts have concluded that sleep apnea may be considered a serious medical condition" and "Serious medical needs include diseases such as asthma". The Plaintiff has both confirmed conditions (see Attached C). The Honorable Court goes on to say "Lu has not plausibly alleged that Warden Derr or Dr. Kwon acted with deliberate indifference to that need". The Plaintiff accepts that Warden Derr cannot be sued in her official capacity and the Plaintiff has removed her from this amended action. However, Defendant Kwon gave the Plaintiff the only option to address his medical condition as supply your own device. Even though the Bureau of Prisons has an obligation to supply such devices as stated by the Honorable Court "they (BOP) must ensure that inmates receive adequate food, clothing, shelter and medical care". The Honorable Court recognizes that these two medical issues confimed by Defendant Kwon's Health Services are "serious medical conditions/needs". That being the case, to refuse to address this immediately by supplying a CPAP machine that is widely available not only within the Bureau of Prisons, but also multiple sources of local supply in Hawaii, is deliberate indifference. Further complicating the issue is the inexplicable systemic denial of devices when they are either brought in (Marler v. Derr) or mailed in with prior approval (Plaintiff and inmate White).

Defendant Mulitalo refused the Plaintiff's CPAP machine due to the Plaintiff's failure "to obtain an authorization BP-331" (see Attached B). The form referenced (BP-331) is the form that Defendant Kwon initially approved on January 13, 2022 (see lower right corner of form BP-331, attached A). The Plaintiff believes that this is not an oversight as inmate White received the same forms and denials. The only person with the authority to rescind the approval of the entry of the signed form is Defendant Kwon (this was told to the Plaintiff). Therefore, it is more than

PAGE 5A

reasonable to conclude that Defendant Kwon's actions were deliberate. Defendant Mulitalo either did not attempt to confirm that the Plaintiff had a right to the medical device, was told to reject the medical device or simply took it upon himself to decide that the Plaintiff did not have a condition that gave him the right to possess it at FDC Honolulu. Whatever possessed Defendant Mulitalo to reject the medical device will ultimately be determined if the Plaintiff is allowed to continue to pursue this action and either depose or subpoena the Defendant's.

The Plaintiff continues to suffer at the hands of the named Defendant's and FDC Honolulu. It is important to note that both originally named Defendants have been served the original complaint and neither has made an attempt to rectify the situation. Additionally, in the Marler and White cases, the Defendants have also been served and they (Marler and White) have yet to. receive devices. That is a clear indication that these denials are deliberate.

PAGE 5B

1983 FORM  Rev. 01/2008

## COUNT II

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

6

1983 FORM  Rev. 01/2008

## COUNT III

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐Mail    ☐ Access to the court    ☐Medical care

☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation

☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$7,500.00

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this ___22___ day of ___April___, ___2022___.
                                  (month)              (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8